IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| WILLIE TERRELL JACKSON, #220 410 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1079-f |
| ARNOLD HOLT, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

DONE, this 2nd day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE