| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *J. Givner* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Givner*  C. Date of Delivery *12/6/05* |
| 1. Article Addressed to:<br>*Troy King*<br>*Atty General for the*<br>*State of Alabama*<br>*11 S Union Street*<br>*Mont., AL 36130* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0005 4584 7467 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540