IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE TERRELL JACKSON,      )
AIS #220410                    )
                            )
     Petitioner,         )
                            )
v.                       )  CIVIL ACTION NO. 2:05-CV-1079-F
                            )
ARNOLD HOLT, WARDEN, et al.,   )
                            )
     Respondents.      )

## MOTION FOR ENLARGEMENT

Come now the Respondents in the above-styled cause and request an

enlargement of twenty (20) days o respond to this Court's Order to Show Cause.

Counsel for the Respondents has been involved in other work in the Federal district

courts and the appellate courts of the State of Alabama and therefore has had

insufficient time in which to complete Respondent's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondent

prays that this Honorable Court grant this request for twenty days in which to

respond.

I am this date mailing a copy of this request for an extension of time to the petitioner.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:

/s/Daniel W. Madison
Assistant Attorney General
(MAD 029)

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document, to the following non-CM/ECF participant:

        Willie Terrell Jackson
        AIS #220410
        G.K. Fountain Correctional Facility
        P. O. Box 3800
        Atmore, AL  36503

        /s/Daniel W. Madison
        (MAD 029)
        Office of the Attorney General
        Alabama State House
        11 South Union Street
        Montgomery, AL  36130-0152
        Telephone:  (334) 242-7300
        Fax:  (334) 242-2848
        E-Mail:  DMadison@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
86730/Jakson
88384-001