IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| WILLIE TERRELL JACKSON, #220 410 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1079-F |
| ARNOLD HOLT, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Respondents are GRANTED an extension from December 27, 2005 to January 17, 2006 to file their answer.

DONE, this 6th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE