Madison
36524

## Court of Criminal Appeals
State of Alabama
Judicial Building, 300 Dexter Avenue
P. O. Box 301555
Montgomery, AL 36130-1555

September 20, 2002

H.W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



RELEASED
SEP 20 2002
CLERK
ALA COURT CRIMINAL APPEALS

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

**MEMORANDUM**

CR-01-0691                    Montgomery Circuit Court CC-2001-440

<u>Willie Terrell Jackson v. State</u>

PATTERSON, Retired Appellate Judge.

   Jackson appeals from his conviction for murder and sentence of life imprisonment. He contends that he did not have effective assistance of counsel at trial because, he argues, (1) trial counsel failed to closely question and challenge a member of the venire who expressed possible bias, and (2) trial counsel failed to hire an expert to challenge the medical examiner's testimony.

   This issue of ineffective assistance of trial counsel was not timely presented to the trial court. For a claim of ineffective assistance of counsel to be properly preserved for review on direct appeal, it must be presented in a motion for a new trial before the 30-day jurisdictional time limit for new trial motions set by Rule 24.1(b), Ala. R. Crim. P., expires. <u>Ex parte Ingram</u>, 675 So. 2d 863, 865 (Ala. 1996). Jackson was sentenced on December 6, 2001. His attorney filed



EXHIBIT B

a timely motion for a new trial on December 27, 2001, but the motion did not present the claim of ineffective assistance of counsel. Jackson filed a pro se "motion for a retrial" on January 15, 2002, in which he asserted ineffective assistance of counsel, but not on the grounds specified on appeal. Neither of these motions preserved the specific claims now asserted. We have no ruling by the trial court to review.

Accordingly, this case is affirmed.

The foregoing memorandum opinion was prepared by Retired Appellate Judge John Patterson while serving on active duty status as a judge of this court under the provisions of § 12-18-10(e), Ala. Code 1975.

AFFIRMED.

McMillan, P.J., and Cobb, Baschab, Shaw, and Wise, JJ. concur.