# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
## THE COURT OF CRIMINAL APPEALS

### CERTIFICATE OF JUDGMENT

36524
Madison

**Criminal Appeals Case**     CR-01-0691

Willie Terell Jackson v. State of Alabama (Appeal from Montgomery Circuit Court: CC01-440).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 20th day of September, 2002, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
8th day of October, 2002

Clerk
Court of Criminal Appeals
State of Alabama

EXHIBIT C