# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

Madison
73765



Lane W. Mann
  Clerk
Sonja McKnight
  Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

April 1, 2005

CR-04-0337

Willie Terell Jackson v. State of Alabama (Appeal from Montgomery Circuit Court: CC01-440.62)

## NOTICE

You are hereby notified that on April 1, 2005 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

                                        Lane W. Mann, Clerk
                                        Court of Criminal Appeals

cc: Hon. Melissa Rittenour, Circuit Clerk
    Wille T. Jackson, Pro Se
    Daniel W. Madison, Asst. Atty. Gen.

