73765 Madison

# IN THE SUPREME COURT OF ALABAMA



October 14, 2005

**1041038**

Ex parte Willie Terell Jackson. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Willie Terell Jackson v. State of Alabama) (Montgomery Circuit Court: CC01-440.62; Criminal Appeals : CR-04-0337).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

PARKER, J. - Nabers, C.J., and Lyons, Woodall, and Smith, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 14th day of October, 2005

Clerk, Supreme Court of Alabama

/bb

