737ces madison

## THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
## THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-04-0337**

Willie Terell Jackson v. State of Alabama  (Appeal from Montgomery  Circuit Court: CC01-440.62)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on March 11th 2005:

### Affirmed by Memorandum.

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 14th day of October, 2005.

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Eugene W. Reese, Circuit Judge
Hon. Melissa Rittenour, Circuit Clerk
Wille T. Jackson, Pro Se
Daniel W. Madison, Asst. Atty. Gen.


EXHIBIT