IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

WILLIE TERRELL JACKSON
    PETITIONER

V.

ARNOLD HOLT, WARDEN ET.AL
    RESPONDENTS

CIVIL ACTION NO. 2:05-CV-1079 F

## PETITIONERS RESPONSE TO RESPONDENT ANSWER

COMES NOW, THE PETITIONER, WILLIE T. JACKSON, AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS RESPONSE TO THE RESPONDENTS ANSWER AND IN SUPPORT SHOWS:

1. THE RESPONDENTS ARGUMENT IS THAT THE PETITIONER'S PETITION IS DUE TO BE BARRED DUE TO THE STATUTE OF LIMITATION. THE PETITIONER STATES THAT ONE YEAR HAD NOT EXPIRED FROM THE DATE IN WHICH THE ALABAMA COURT OF CRIMINAL APPEALS RULED ON HIS RULE 32 PETITION.

2. THE PETITIONER WAS LATE FILING HIS RULE 32 PETITION, BUT IT WAS OF NO FAULT OF HIS OWN. ONE MONTH AFTER THE COURT OF CRIMINAL APPEALS AFFIRMED HIS CONVICTION ON DIRECT APPEAL IN OCTOBER 2002, THE PETITIONER IN February 2002 [Febuary] WAS TAKEN INTO THE CUSTODY OF THE US MARSHALL. DUE TO A CHARGE BEFORE THIS SAME US MAGISTRATE JUDGE CR-NO 01-167-N. SEE EXHIBITS 1 THREW 6.

3. WHILE IN THE CUSTODY OF THE US MARSHALL THE PETITIONER DID NOT HAVE ACCESS TO STATE LAW BOOKS FOR HIS PAPER WORK ON HIS CRIMINAL CASE IN STATE COURT AND HIS ATTORNEY DID NOTHING. THE PETITIONER WAS NOT RETURNED TO STATE CUSTODY UNTIL JUNE OR JULY 2003.

4. AFTER BEING BACK INTO THE CUSTODY OF THE ADOC, BY THE TIME THE PETITIONER WAS ABLE TO OBTAIN ALL OF HIS PAPER WORK TO FILE HIS RULE 32 PETITION HIS 1 YEAR HAD EXPIRED. HOWEVER THE STATE COURT HAS REFUSED TO PROPERLY HEAR THE ISSUES BECAUSE THE STATE KNOWS THAT THE PETITIONER HAS AUDIO CASSETTE TAPES THAT CAN PROVE HIS INNOCENCE. COPIES OF THESE TAPES WERE SENT TO THE TRIAL COURT

<mark>
<mark><mark>
<mark>
</mark>
</mark>
</mark>
</mark>

JUDGE, BUT THE STATE COURT KNOWS THAT IF THIS MATTER IS HEARD IT WILL EXPOSE HOW THE DISTRICT ATTORNEY MALICIOUSLY PROSECUTED THE PETITIONER AND HOW HIS ATTORNEY REFUSED TO CALL WITNESSES WHO COULD HAVE CLEARLY SHOWN THAT THE PETITIONER DID NOT COMMIT THE CRIMES.

THE PETITIONER ARGUES THAT THE PETITION SHOULD NOT BE BARRED, AND THAT THE RESPONDENTS SHOULD BE ORDERED TO RESPOND TO ALL OF THE ALLEGATIONS. THE PETITIONER ONLY REQUESTS THAT HE BE GIVEN A HEARING SO THAT HE CAN PRODUCE THE TAPES AND TO CALL TWO WITNESSES AND AFTER SUCH IF THIS HONORABLE COURT FEELS THAT THE PETITIONER DOESN'T HAVE ENOUGH EVIDENCE THEN FINE, HOWEVER, THE PETITIONER CAN WITHOUT A DOUBT PROVE AND SHOW HIS ACTUAL INNOCENCE.

WHEREFORE, THE PETITIONER PRAYS THAT THE RESPONDENTS REQUEST IS DENIED.

RESPECTFULLY SUBMITTED

*Willie Terrell Jackson*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS 23 DAY OF Jan 2006 SERVED A COPY OF THE SAME ON THE ATTORNEY GENERAL BY PREPAID US MAIL

*Willie Terrell Jackson*

WILLIE TERRELL JACKSON

AIS # 220410

P. O. BOX 5107

UNION SPRINGS, AL 36089

2