**U.S. Department of Justice**

Exhibit 1

United States Attorney
Middle District of Alabama

BEN E. BRUNER
Attorney
334 323-4462
Federal lawyer

One Court Square, Suite 201
Post Office Box 197
Montgomery, Alabama 36101-0197

334/223-7280
Civil Fax: 334/223-7560
Fin Lit Fax: 334/223-7418
Criminal Fax: 334/223-7135

July 12, 2002

Mr. Willie Terrell Jackson,

Dear Mr. Jackson,

This letter is to confirm that you, Willie Terrell Jackson, have agreed to be interviewed by representatives of the government in connection with an investigation pertaining to violations of federal narcotics laws and other statutes. This interview has been arranged on the following conditions, and no others:

1. You have been informed and understand that you may be or have been indicted and are under investigation for suspected violation of various federal narcotics or other criminal statutes.

2. Your decision to grant this/these interview(s) is entirely voluntary, and not as a result of coercion, threats or intimidation of any kind.

3. You have been informed and understand that you may terminate the interview(s) at any time or decline to answer any question asked. You are free to consult with your attorney, Ben Bruner, who shall have the right to be present throughout the interview(s).

4. You have been informed and understand that there have been and are absolutely no promises:

   (a) that you will not be prosecuted; or

   (b) that you will receive any form of immunity from prosecution; or

   (c) that you will receive a Motion for Downward Departure or a Motion for Reduction of Sentence;

   unless a second written agreement, as provided in paragraph 7 below, is reached and if, in the judgment of the attorneys for the Office of the United States Attorney for the Middle District of Alabama, you have given truthful, complete and accurate information and testimony pursuant to that agreement.

5. The United States agrees that no statement made by you during the interview(s) will be attributed to you in any criminal prosecution brought in the name of the United