States, except that such statements of yours may be offered to impeach your testimony in any subsequent prosecution. However, this provision does not apply to crimes of violence which you may be involved in, obstruction of justice, or perjury committed by you, or false statements made by you.

6. Any information given during the proffer will not be used against you in calculating any federal sentence you may be facing in the Middle District of Alabama, in accordance with Section 1B1.8 of the United States Sentencing Guidelines, unless it is determined that you have intentionally provided false or misleading information.

7. In the event that the information provided by you in the interview(s) is, in the judgment of the undersigned attorney for the United States, truthful, complete and of material assistance to the above-said investigation, the undersigned, on behalf of the Office of the United States Attorney for the Middle District of Alabama, may enter into a written agreement with you. The said agreement would provide for your full and truthful cooperation with the government in the investigation and any grand jury inquiries and resulting proceedings.

8. Except to the extent specified in paragraph 5 above, the United States agrees that you will not be deemed to have waived your Fifth Amendment rights by consenting to the interview(s).

If these conditions are satisfactory to you, indicate your agreement to them by signing the acknowledgment below.

FOR THE UNITED STATES ATTORNEY
LEURA GARRETT CANARY

*/s/ Todd A. Brown*

Todd A. Brown
Assistant United States Attorney