## ACKNOWLEDGMENT

I, Willie Terrell Jackson, have read the attached letter in full. I voluntarily agree to be interviewed under the conditions set forth in said letter.

_Willie T Jackson_                              Date: 7-12-02

WITNESSED BY:

_[signature]_                                   Date: 7/12/02