IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                  ) | CR. NO. 01-167-N |
| ) | |
| WILLIE TERRELL JACKSON    ) | |

## PLEA AGREEMENT

DEFENSE COUNSEL:              YELANDA COLLINS

ASSISTANT U.S. ATTORNEY:      KENT B. BRUNSON

**COUNT AND STATUTES CHARGED:**

Count One            18 U.S.C. § 922(g)(1)

**COUNT PLEADING PURSUANT TO PLEA AGREEMENT:**

Count One

**PENALTIES BY COUNT - MAXIMUM PENALTY:**

<u>Count One</u>            18 U.S.C. § 922(g)(1)
    Sentence of not more than $250,000 and a term of imprisonment of not more than 10 years, or both. Special Assessment of $100.00 and a term of supervised release of not more than 3 years.

**ELEMENTS OF THE OFFENSE:**

Count One

   1. The defendant knowingly possessed a firearm in or affecting interstate commerce; and

   2. The defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

         * * * * * * * * * * * * * * * * * * * * * * * * *