Kent B. Brunson, Assistant United States Attorney, and Yelanda Collins, attorney for the defendant, pursuant to the provisions of Rule 11(a)(2) and Rule 11(e)(1)(A)&(B), Federal Rules of Criminal Procedure, as Amended, have, with the authorization of the undersigned defendant, heretofore entered into discussions with a view towards reaching a pretrial conclusion of the charges pending in the Indictment herein and a Plea Agreement has been reached by said parties in the following respects.

## GOVERNMENT'S PROVISIONS

1. Upon entering a plea of guilty by the defendant to Count One of the Indictment, the attorney for the Government will recommend a 3 level reduction in the applicable offense level under the provisions of the Federal Sentencing Guidelines § 3E1.1 for Acceptance of Responsibility.

2. The United States reserves the right to inform the Court and the Probation Department of all facts pertinent to the sentencing process, including all relevant information concerning the offenses and the defendant's background.

3. The United States will allow the Defendant to provide information to law enforcement which will be provided to the District Attorney for the circuit in which the Defendant was convicted of murder. The United States makes no representation of any benefit to the Defendant.

2