IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAR 15 A 9: 53

Willie Terrell Jackson, 220410

      Petitioner

vs.

Arnold Holt, warden, etecs,

      Respondents

2:05-CV-1079-MEF-(WO)

## Petitioners' Response In Opposition To Magistrate Judge Recommendation

Comes Now the Petitioner Willie T. Jackson, In the above styled cause And Respectfully moves this Honorable Court with his Response in Opposition to the Magistrate Judge Recommendation and in support States;

(1.) On March 3, 2006 the Magistrate Judge Recommended that this action be dismissed with Prejudice.

(2.) The Petitioner oppose her Ruling and states that this Magistrate Judge who was his Judge on a federal case has displayed a prejudice toward him And he believes that it's because he would get his state conviction overturn by showing his recorded tapes to prove that Jackson hasbeen faslely accused for murder by the state of Alabama witness(es).

(3.) The Petitioner made it clear that his being denied relief on his state cases due to a procedural bar was unconstitutional. The Petitioner failure to file on time wasn't his fault. The Petitioner was in federal custody and it's clearly being that his Attorney didnot properly file that he was in conspiracy with state and federal authorities to keep him in federal custody until his time to file was nearly up denial him proper access to the court. Jackson was in U.S. Marshall custody in Feb 2002 til June or July 2003 and the federal authorities didn't have any state of alabama law books or allowed Jackson to transport with any paperwork from alabama

(1)

D.U.C to the federal holding facility and Jackson attorney had all of Jackson state trial transcript and failed to properly file motion timely on Jackson murder appeal in 2002.

(#.) The trial court attorney screwed the Petitioner, he made the Petitioner think that he was properly doing his Job but he wasn't and stated to Jackson to filed a complaint on him to the Bar Association. The Petitioner filed his state court Petition and this court Petition made it clearly known that he is actual innocent and that he has witness(es) that was available to testify but his attorney conspiring with the state didn't call them, see exhibit #5 attach. So for this Magistrate Judge to rule that the Petitioner is barred surely it's a prejudice ruling and it shows that the law is applied discriminatingly against certain groups. The Petitioner had given the information wanted by federal authorities but the federal attorney's didn't hold there're plea agreement durning Jackson proter meeting. But due to the fact that he did a grand jury indictment and was called to a federal trial for an informant to help U.S. attorney Todd Brown in Feb 2002 til June or July 2003 therefore Jackson time elapse and Jackson did in deed put his life on the line to assist the federal government to convicted two drug dealers and Jackson attorney didn't filed motion in state court timely. But do to the fact that Jackson did assist the federal court this Magistrate judge is denying all of his petitions. All that the petitioner wants is for this Honorable Court to review the full tapes recorder and facts and to grant him a hearing to question the witness(es). The Petitioner has tape conversations of the Petitioners ex-girl friend Desiree Moss one of the alleged victims which can prove his innocence, but the court refuses to review this knowing Jackson is innocent due to the illegal arrest warrant and know kind of evidence to link Jackson to this crime and Jackson never knew the decease or had any kind of run in with this victim and the state of alabama failed to show what was the motive in this case and the lead detective Nuguin #115 screwed this investagation up and was

(2.)

a state witness in this case but on retrial he wasn't called back because of his creditiblity being wrong and this detective was the lead investagator check Jackson second trial transript on murder. The recommendation of the trial court Judge and of the Magistrate Judge hasbeen prejudice and it should not be accepted see exhibits 1, 2, 3, 4, 5 attach to this motion. The petitioner strongly request for a hearing and after this Honorable Court hears these tapes recorder it will prove that the state of alabama witness(es) are liars and the state of alabama have the wrong person incarcerated for this crime.

Done on This 14th Day of March 2006.

Respectfully Submitted,
Willie Terrell Jackson

(3)

Certificate of Service

I hereby certify that I have on this 14th Day of March 2006 served a copy of the same on the attorney general by Prepaid U.S. Mail.

Willie Terrell Jackson

Willie Terrell Jackson
# 220410    12-27
P.O. Box 5107
Union Springs, AL. 36089

(4)