4. Petitioner's allegation that the State of Alabama did not prove the elements of the crime of murder is without merit. Petitioner has failed to prove beyond a preponderance of the evidence the facts necessary to entitle him to relief. This issue could have been but was not raised or addressed at trial or on appeal. Petitioner has also failed to make a clear and specific statement of the grounds upon which relief is sought, including a full disclosure of the factual basis of those grounds. Therefore this claim is denied in accordance with rules 32.2, 32.3 and 32.6 of the Ala. R. Crim. P.

5. Petitioner's allegation that his appellate counsel was ineffective is without merit. Petitioner has failed to show that but for his counsel's alleged errors that the outcome of his trial would have been different <u>Strickland v. Washington</u> 466 U.S. 668. This claim is also barred because this is Petitioner's second Rule 32 petition and the issue of the effectiveness of his counsel was addressed in that petition. Therefore this claim is denied in accordance with Rule 32.2(d) of the Ala. R. Crim. P. After careful review of the record this Court concludes that Petitioner's appellate counsel represented Petitioner in a professional and exceptional manner.

6. All other allegations that have been presented by Petitioner are without merit and are herby dismissed.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as Petitioner's instant Petition is precluded by Rules 32.2(a)(3), 32.3, and 32.6(b), Ala. R. Crim. P., and is otherwise without merit, it is summarily dismissed in accordance with Rule 32.7(d), Ala. R. Crim. P. and all costs associated with this proceeding SHALL BE TAXED AGAINST PETITIONER.

Done this the __15__ day of __Nov.__, 2004.

_____
Eugene W. Reese
Circuit Court Judge

Cc:

Petitioner, #220410, 3800 Fountain Corr. Facility, Atmore, AL 36503
Daryl D. Bailey, Chief Deputy District Attorney