The Honorable Eugene Reese
The Circuit Court of Montgomery County
P.O. Box 1667
Montgomery, Alabama  36102-1667

Re:   State Of Alabama
      Vs.
      Willie Jackson, CC-2001-0440

Dear Judge Reese,

My son was convicted in the Circuit Court of Montgomery County of murder and stalking. The State of Alabama's star witness Desiree Moss, misrepresented the truth to assist in the prosecution which convicted my son.

Well, I have audio tapes in my possession which will show once and for all that Desiree Moss has lied under oath and my son is not guilty of the criminal acts for which he was convicted.

These audio tapes will hopefully serve as the evidence that will, athhough newly discovered allow you to collaterally take some action in Willie's case. These tapes were madde via three (3) way calling when Willie was incarcerated and they will show you that Desiree Moss, is an admitted liar.

Desiree Moss, has allowed my son to have her telephone number on his prison telephone list.

I would like for an appointmennt to be setup for you and I to discuss the possible remedy for this situation. I will be awaiting a response.

Dated this 16 day of March 2005:

Respectfully Submitted,

Debra Jackson
[address redacted]
Montgomery Alabama 36116

_____
Affiant

Sworn to and subscribed before me this 16 day of March 2005:

_____
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 16, 2005