4x    Exhibit "I"    NEW

# William E. Donaldson Correctional Facility
# Inmate Telephone List

Each inmate is allowed to list up to ten (10) telephone numbers. You will only be able to call the persons on your approved telephone list. You must list each telephone number in its entirety, including area code. The area codes for the State of Alabama are 205, 256 and 334. You must also list the person's full name. You may change your telephone list once every six (6) months ** when you change your visitation list.

| | NAME | AREA CODE | TELEPHONE NUMBER |
|---|---|---|---|
| 1. | Debra Jackson | 334 | 288-4417 ✓ |
| 2. | Mozzell Smith | 334 | 613-0663 ✓ |
| 3. | Reggie James | 334 | 288-9596 ✓ |
| 4. | Mary Cook | 256 | 245-1619 ✓ |
| 5. | Queen Jackson | 256 | 249-8738 ✓ |
| 6. | George Harris | 256 | 245-7026 ✓ |
| 7. | Desiree Moss | 334 | 277-3800 ✓ |
| 8. | Bobby Jones | 334 | 281-5682 ✓ |
| 9. | Charles Humphrey | 334 | 286-0642 ✓ |
| 10. | Keith McDaniell | 334 | 358-1479 ✓ |

Inmate Name: Willie T. Jackson         A.I.S. #: 220410

BED #: 2-87A

Approval Date: 3-21-03

Approved By: ASpr