Exhibit 3

## SWORN AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, A NOTARY PUBLIC, IN AND FOR SAID COUNTY AND STATE OF ALABAMA AT LARGE, PERSONALLY APPEARS JOSEPHINE GALEETTI, WHO BEING KNOWN TO ME AND WHO AFTER BEING DULY SWORN DEPOSES AND SAYS UNDER OATH AS FOLLOWS:

MY NAME IS JOSEPHINE GALEETTI AND I LIVE AT 3812-CHATWOOD STREET, MONTGOMERY, ALABAMA 36116. I AM OVER THE AGE OF TWENTY ONE (21) YEARS OLD.

IN REGARDS TO THE CASE OF STATE OF ALABAMA V. WILLIE O. JACKSON, MONTGOMERY COUNTY, CIRCUIT COURT CASE # CC-01-440.62 I WAS CALLED TO TESTIFY IN THE FIRST TRIAL, IN WHICH THE JURY COULD NOT CONVICT MR. JACKSON FOR THE CRIME OF MURDER. I WANTED TO AND I WAS WILLING TO ALSO TESTIFY IN THE SECOND TRIAL BUT MR. JACKSON'S ATTORNEY WOULD NOT SUBPEONA ME TO TESTIFY. I WOULD TESTIFIED THAT I PERSONALLY SAW MR. JACKSON AND MS. DESIREE MOSS TOGETHER AT THE HOME OF MR. JACKSON, THE DAY BEFORE THE CRIME. THAT THE INVESTIGATORS DID NOT QUESTION ANYONE IN OUR NEIGHBORHOOD. AND I SINCERELY THAT THE JURY IN THE SECOND TRIAL SHOULD HAVE HEARD ALL THE FACTS. I FEEL THAT IF THE JURY HAD HEARD MY TESTIMONY THAT A DIFFERENT OUTCOME WOULD HAVE RESULTED.

*Josephine Galeetti*

SWORN TO AND SUBSCRIBED BEFORE ME, UNDER MY HAND AND OFFICIAL SEAL ON THIS 9 DAY OF December 2005

NOTARY PUBLIC

MY COMMISSION EXPIRES

PAKEANIA L. SMITH
NOTARY PUBLIC
STATE OF ALABAMA
COMM. EXP. 9-2-2007