**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 15, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Willie T. Jackson vs. Arnold Holt et al.**

**Case Number: 2:05-cv-01079-MEF-SRW**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 3/15/06 in accordance with amended Federal Rules of Civil Procedure 5(e).  Reference is made to document # 13 filed on   March 15, 2006 without additional Exhibits 1-5.                        .**