In The United States District Court For The Middle District Of Alabama, Northern Division

Willie Terrell Jackson,
Petitioner,

vs.

Arnold Holt, Warden et. al.,
Respondents,

Civil Action No. 2:05-CV-1079-F

## Objection To The Recommendation Of Magistrate Judge

Comes now the Petitioner Willie T. Jackson, and respectfully moves this Honorable Court pursuant to his objection to the recommendation of the Magistrate Judge.

The Magistrate Judge has pleaded that the petitioner was time barred persuant to 28 U.S.C. §2244(d)(1), but the magistrate Judge has not taken into consideration of what caused time to elapse. The petitioner is a prisoner in the Alabama Correctional Facility, and was forced to the prison in Tutwiler, Mississippi by the State of Alabama Prison Authority. That prison did not have a law library for Alabama prisoner, and the petitioner could not reject the transfer. This would be sufficient for factual basis of of his time for filing, see Bousley v. United States, 523 U.S. 614, 622 (1998). Conteh v. United States, 226 F. Supp. 2d. 514, 519-20 (S.D.N.Y. 2002).

1.

The Magistrate Judge has further stated that Petitioner made mention of an illegal arrest warrant, which this Court should have noted that was already part of his record before this Honorable Court. It has long been noted by Federal and State Court's, that the Petitioner has a constitutional right to be properly arrested on any charges that he is brought before law enforcement to face. Miranda v. Arizona, 384 U.S. 436, 6 S.Ct. 1062, 162 L.Ed.2d. 694. Surely this Magistrate Judge has taken the initiative to review the arrest warrant and the Miranda warning that specifies the proper arrest, otherwise, there is a miscarriage in justice here.

    The Magistrate Judge has further stated, that the Petitioner has not submitted the tapes of Petitioner and his ex-girlfriend speaking over the phone that would show his actual innocence from the conversations. The Petitioner's mother, Mrs. Debra Jackson, called the Federal Court Clerk at the number #334-954-3635, the Clerk advised Mrs. Jackson that the Judge stated that an attorney had to submit the tapes unto her.

    Therefore, pursuant to Alabama Code §15-12-23 (1975), the Petitioner respectfully moves this Honorable Court to appoint him counsel in this case, that he may be able to submit his exculpatory evidence before this Honorable Court to prove his actual innocence. Representation of counsel is constitutionally required, Hill v. Bradford, 565 So.2d. 208, 210 (Ala. 1990). Mempa v. Rhay, 389 U.S. 128 (1967).

Petitioner further submits before this Honorable Court, that he has made a substantial showing of a denial of a Federal Constitutional Right pursuant to 28, U.S.C. § 2253(c), Hunter-v-U.S. 101 F.3d. 1565 (11th Cir. 1996). He has also shown and demonstrated, that the Court could have resolved this matter in a different manner, or that question raised is worthy of encouragement to go further, see Drew-v-Collins 5 F.3d. 93 (5th Cir. 1993); Byrne-v-Butler, 845 F.2d. 501 (5th Cir. 1988). Had petitioner had effective assistance of counsel during the course of proceedings that involve this matter, then all of these situations could have been resolved.

Petitioner has a Sixth Amendment Constitutional Right to effective assistance of counsel pursuant to Alabama Constitution Article I, Section 6, Hamilton-v-Alabama, 368 U.S. 128 (1967). This case should be reversed and remanded for a new trial or further proceedings on the evidence which is involved in his actual innocence claim.

Done this 6th day of April 2006;

Respectfully Submitted,
Willie Terrell Jackson

3.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all interested parties by placing a copy of the same in the United States Mail, postage prepaid and addressed to the following;

Clerk of Middle District Court
15 Lee Street
Post Office Box 711
Montgomery, Alabama - 36104


Office of the Attorney General
11 South Union Street
Montgomery, Alabama - 36130


Done this 6th day of April 2006;

Respectfully Submitted,
Willie Terrell Jackson