IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE TERRELL JACKSON #220410 | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:05cv1079-MEF (WO) |
| ARNOLD HOLD, WARDEN, *et al.*, | ) ) | |
| Respondents. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT, and DECREE of the Court:

(1) That the objections filed by the Petitioner on March 15, 2006 (Doc. #13) and April 11, 2006 (Doc. #16) are OVERRULED;

(2) That the Recommendations of the United States Magistrate Judge entered on March 3, 2006 (Doc. #12) and March 28, 2006 (Doc. #15) are ADOPTED;

(3) That the petition for habeas corpus relief filed by Jackson is DISMISSED with prejudice as time-barred.

DONE this the 28th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE