IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE TERRELL JACKSON #220410 | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:05cv1079-MEF (WO) |
| ARNOLD HOLD, WARDEN, *et al.*, | ) ) | |
| Respondents. | ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

DONE this 28th day of April, 2006.

                                    /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE