In The United States District Court For The
Middle District of Alabama, Northern Division

Willie Terrell Jackson,
    Petitioner,

Vs.

Arnold Holt, Warden, Et. Al.,
    Respondents,

Civil Action No.# 2:05-CV-1079-F

## Motion For A Final Disposition

Comes now the Petitioner Willie T. Jackson, and respectfully moves this Honorable Court pursuant to this his Motion for A Final Disposition. The Petitioner has recently filed an Objection to the Magistrate's Recommendation in this Cause of Action, but the Respondents has mailed a Motion for An Enlargement of time that was dated December 22, 2005. (See Exhibit #1).

The Petitioner is unawares of any actions which may be occuring at this time, and would like to have an insight into the disposition of this Civil Action.

Done this 28th day of April 2006;

Respectfully Submitted,
Willie Terrell Jackson

1.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all interested parties, by placing a copy of the same in the United States Mail postage prepaid and addressed to the following;

Clerk of The Middle District of Alabama
 15 Lee Street
Post Office Box 711
Montgomery, Alabama - 36104


Office of The Attorney General
11 South Union Street
Montgomery, Alabama - 36130


Done this 28th day of April 2006;

Respectfully Submitted,
Willie Terrell Jackson

2.