

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WILLIE TERRELL JACKSON, AIS #220410 | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1079-F |
| ARNOLD HOLT, WARDEN, et al., | ) |
| Respondents. | ) |

## MOTION FOR ENLARGEMENT

Come now the Respondents in the above-styled cause and request an enlargement of twenty (20) days o respond to this Court's Order to Show Cause. Counsel for the Respondents has been involved in other work in the Federal district courts and the appellate courts of the State of Alabama and therefore has had insufficient time in which to complete Respondent's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondent prays that this Honorable Court grant this request for twenty days in which to respond.

I am this date mailing a copy of this request for an extension of time to the petitioner.

Respectfully submitted,

Troy King – KIN407
*Attorney General*

_____
Daniel W. Madison
*Assistant Attorney General*
(MAD 029)

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of December, 2005, I electronically filed the foregoing, with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service this Motion to the following non-CM/ECF participants to the address listed below:

Willie Terrell Jackson
AIS #220410
G. K. Fountain Correctional Facility
P. O. Box 3800
Atmore, AL 36503

Daniel W. Madison
Assistant Attorney General
(MAD 029)

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300
85941/JACKSON

3