IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| WILLIE TERRELL JACKSON, #220410, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 2:05-cv-1079-MEF |
| | ) |
| ARNOLD HOLT, Warden, *et al.*, | ) |
| | ) |
|     Respondents.. | ) |

## **O R D E R**

Upon consideration of petitioner's "Motion for a Final Disposition" (Doc. #19) filed on May 2, 2006, it is hereby

ORDERED that the motion is DENIED as moot. Final judgment was entered in this case on April 28, 2006.

DONE this 9th day of May, 2006.

                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE