In The District Court Of The United States For The Middle District Of Alabama, Northern Division

Willie Terrell Jackson,
  Petitioner,

Vs.

Arnold Holt, Warden et.al.,
  Respondents,

Case No. 2:05 cv 1079-MEF (WO)

2006 MAY 22 A 9:39

## Notice Of Appeal For The Issurance Of A Certificate Of Appealibility

Comes now the Petitioner Willie T. Jackson, and respectfully moves this Honorable Court pursuant to this his Notice of Appeal For The Issurance Of A Certificate Of Appealibility in the above styled case, and will show the following reasons:

(1) Petitioner has exhausted all state remedies;

(2) Petitioner was issued a final judgement on his §2254 Habeas Petition on March 28, 2006;

(3) Petitioner has a Constitutional Right to proceed to the next court with his issues and claims of procedural defaults, and violations of his Constitutional rights that occured in the coarse of his trial and filings through the lower courts.

(4) Petitioner's next step would be to have this Honorable Court to issue him a Certificate of Appealibility in this cause before the Court.

Wherefore premises considered, Petitioner pray's that this Court will issue a Certificate of Appealibility upon him, in light that he has diligently persued his issues, claims, and constitutional violations pursuant to his procedures and constitutional rights.

Done this 16th day of May 2006;

Respectfully Submitted,

Willie Terrell Jackson