IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-13012-F

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 26 2006
THOMAS K. KAHN
CLERK

WILLIE TERRELL JACKSON,

Petitioner-Appellant,

versus

ARNOLD HOLT, Warden,
TROY KING, The Attorney General
of the State of Alabama,

Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Because appellant's petition is plainly barred by 28 U.S.C. § 2254's one-year statute of limitations, appellant has failed to satisfy the second prong of Slack's test. The motion for a certificate of appealability is DENIED.

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

/s/ Joel F. Dubina
UNITED STATES CIRCUIT JUDGE