IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 06-13012-F

WILLIE TERRELL JACKSON,

                        Petitioner-Appellant,

versus

ARNOLD HOLT, Warden,
TROY KING, The Attorney General
of the State of Alabama,

                        Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before  MARCUS and WILSON, Circuit Judges.

BY THE COURT:

    Appellant has filed a motion for reconsideration of this Court's order dated July 26, 2006. Upon reconsideration, appellant's motion for a certificate of appealability is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. §§ 2253(c)(2), 2255 ¶6(1); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); Bousley v. United States, 523 U.S. 614, 623, 118 S.Ct. 1604, 1611, 140 L.Ed.2d 828 (1998); Steed v. Head, 219 F.3d 1298, 1300 (11th Cir. 2000); Webster v. Moore, 199 F.3d 1256, 1259 (11th Cir. 2000). Even giving appellant credit for the time he spent in federal custody, his 28 U.S.C. § 2255 motion still was

untimely.

      Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.